UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREG WILSON,

    Plaintiff,

vs.

NORTH LAS VEGAS DETENTION CENTER, *et al.*,

    Defendants.

2:09-cv-01385-JCM-PAL

**ORDER**

On January 21, 2010, plaintiff filed a motion for status check (docket #6) in this civil rights action. Plaintiff's motion is granted. While the court realizes that screening of the complaint is still pending, it appears that plaintiff has been released from the custody of the North Las Vegas Detention Center. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice."

Accordingly, plaintiff is directed to file a notice of change of address within twenty (20) days of entry of this order. If plaintiff fails to comply with this order, this action may be dismissed

1 without prejudice pursuant to Local Rule 2-2.

2     **IT IS THEREFORE ORDERED** that plaintiff's motion for status check (docket #6)
3 is **GRANTED**.

4     **IT IS FURTHER ORDERED** that plaintiff will have **twenty (20) days** from the date
5 that this Order is entered to file a notice of change of address.

6     **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not
7 timely file a notice of change of address in compliance with this order this action may be immediately
8 dismissed.

9     DATED this 23rd day of August, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE

2