UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREG WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-01385-JCM-PAL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NORTH LAS VEGAS DETENTION CENTER, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

On August 23, 2010, the court sent plaintiff an order granting his motion for status check. In that order, the court noted that plaintiff apparently had been released from the North Las Vegas Detention Center and directed him to file a notice of change of address within twenty (20) days of entry of the order (docket #7). On September 7, 2010, the order served on plaintiff was returned by the U.S. Postal Service as undeliverable (*see* docket #8). Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, this action is dismissed.

1  **IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

2  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
3  this case.

4  DATED this 24th day of September, 2010.

5
6  _____
   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26